IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TCF INVENTORY FINANCE, INC.

    Plaintiff,

v.

NORTH FLORIDA CYCLES, LLC,
sometimes d/b/a FIRST COAST BOAT
AND MARINE OF ST. AUGUSTINE;
FIRST COAST IMPORTS, LLC,
sometimes d/b/a FIRST COAST DOO
CAN-AM; STOREFRONT, LLC;
MARK ALLEN; and WENDI LYNN
ALLEN,

    Defendants.

CIVIL ACTION

CASE NO.: 3:14-CV-1254-J-39MCR

## CERTIFICATE OF INTERESTED PERSON AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS NORTH FLORIDA CYCLES, LLC, FIRST COAST IMPORTS, LLC, STOREFRONT, LLC AND MARK ALLEN

Defendants North Florida Cycles, LLC, First Coast Imports, LLC, Storefront, LLC, and Mark Allen ("these Defendants"), by and through their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, file this Certificate of Interested Persons and Corporate Disclosure. Note: These Defendants are making these disclosures on their own behalf only. They have no knowledge, and therefore are not certifying any information, concerning the Plaintiff in this case.

(1) The undersigned counsel of record for these Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- North Florida Cycles, LLC d/b/a First Coast Boat and Marine of St. Augustine
- First Coast Imports, LLC d/b/a First Coast Doo Can-Am

- Storefront, LLC
- Mark Allen, individually as defendant, and as majority owner of LLC's
- Estate of Wendi Lynn Allen, deceased

(2) The undersigned further certifies that the following is a full and complete list of all other persons, association, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

St. Augustine Powersports, LLC

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for these Defendants in this proceeding:

Lindell & Farson, P.A.
12276 San Jose Blvd., Ste. 126
Jacksonville, FL 32223

Submitted this ____4____ day of March 2015.

**LINDELL & FARSON, P.A.**

By: _____
J. Michael Lindell, Esq.
Florida Bar No. 262226
D. Brad Hughes, Esq.
Florida Bar No. 0015367
12276 San Jose Blvd., Suite 126
Jacksonville, Florida 32223-8630
Telephone (904) 880-4000
Facsimile (904) 880-4013
Electronic service: pleadings@lindellfarson.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2015, I electronically filed the foregoing with the Clerk of Courts by using the CM/ECF system, which will send a notice of electronic filing to Cindy A. Laquidara, Esq., e-mail: cindy.laquidara@akerman.com and Kelly J. H. Garcia, Esq., e-mail: kelly.garcia@akerman.com, counsel for Plaintiff.

_____
Attorney