UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TCF INVENTORY FINANCE, INC.

    Plaintiff,

vs.                                    CASE NO.: 3:14-cv-01254-BJD-MCR

NORTH FLORIDA CYCLES, LLC,
sometimes d/b/a FIRST COAST BOAT
AND MARINE OF ST. AUGUSTINE and/or
FIRST COAST POWERSPORTS and/or FIRST
COAST POWERSPORTS GROUP; FIRST
COAST IMPORTS, LLC, sometimes d/b/a
FIRST COAST SEA DOO CAN-AM;
STOREFRONT, LLC; MARK ALLEN;
and WENDI LYNN ALLEN,

    Defendants.
_____/

## AMENDED[1] JOINT STIPULATION FOR DISMISSAL AND DISCHARGE OF BOND

    Plaintiff, TCF Inventory Finance, Inc. ("TCFIF"), and all Defendants hereby jointly stipulate to the dismissal of the above styled cause, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and the resolution reached between the parties.

    Pursuant to the parties' settlement reached, the Defendants stipulate that they have no claim against the bond posted by TCFIF for the prejudgment writ of replevin, [Docs. 9, 10], and do not oppose the discharge of same, as per the unopposed motion filed by TCFIF simultaneously herewith.

Dated:  May 29, 2015

---

[1] This document is being re-filed to correct a scrivener's error in the style of the case.

{32171500;1}                1

| | |
|---|---|
| **LINDELL & FARSON, P.A.** | **AKERMAN LLP** |
| *J. Michael Lindell* | *Kelly J.H. Garcia* |
| J. Michael Lindell | Cindy A. Laquidara |
| Florida Bar No. 262226 | Florida Bar No.: 0394246 |
| D. Brad Hughes | AKERMAN LLP |
| Florida Bar No. 0015367 | 50 North Laura Street, Suite 3100 |
| 12276 San Jose Blvd., Suite 126 | Jacksonville, FL 32202-3646 |
| Jacksonville, Florida 32223-8630 | Phone: (904) 798-3700 |
| Telephone:  (904) 880-4000 | Fax: (904) 798-3730 |
| Facsimile:  (904) 880-4013 | cindy.laquidara@akerman.com |
| pleadings@lindellfarson.com | |
| *Attorneys for all Defendants* | Kelly J.H. Garcia |
| | Florida Bar No.  0694851 |
| | 420 South Orange Ave., STE 1200 |
| | Orlando, FL  32801 |
| | Phone:  (407) 423-4000 |
| | Fax:  (407) 254-4192 |
| | kelly.garcia@akerman.com |
| | *Attorneys for Plaintiff, TCF Inventory Finance, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2015, I filed the foregoing with the Clerk of Court using the CM/ECF, which will provide a service notification to all counsel of record.

*Kelly J.H. Garcia*
Kelly J.H. Garcia