UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TCF INVENTORY FINANCE, INC.,

    Plaintiff,

v.                                    Case No. 3:14-cv-1254-J-39MCR

NORTH FLORIDA CYCLES, LLC, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation for Dismissal and Discharge of Bond (Doc. 26; Stipulation) filed on May 28, 2015. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice and release of Plaintiff's Bond in Replevin [Doc. 10]. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Plaintiff's Bond in Replevin posted in this action is released and dissolved, so that the Clerk of Court is hereby instructed to release and return the original of same to Plaintiff's counsel.

3. The Clerk of the Court is further directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 29th day of May, 2015.

BRIAN J. DAVIS
United States District Judge

- 2 -

em

Copies to:

Counsel of Record

- 2 -